In the matter of the estate of Christina I. Ferguson, deceased.

[Decided January 25th, 1940.]

*Mr. Richard Dougherty,* for the appellant.

*Messrs. Wall, Haight, Carey & Hartpence,* for the respondent.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Egan, and reported in *124 N. J. Eq. 573.*

*For affirmance*—The Chief-Justice, Trenchard, Case, Bodine, Donges, Heher, Perskie, Porter, Dear, Wells, WolfsKeil, Hague, JJ.  12.

*For reversal*—Hetfield, Rafferty, JJ.  2.